IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 4:10cr19-RH/WCS

GODFREY ONUGHA,

      Defendant.

_____/

**ORDER ON IMPROPER ADVICE REGARDING
MAXIMUM TERM OF SUPERVISED RELEASE**

On May 27, 2010, the defendant Dr. Godfrey Onugha pled guilty to violating 18 U.S.C. § 2243(b), which makes it a crime for a person employed at a federal prison to engage in a sexual act with someone under his custodial, supervisory, or disciplinary authority. During the plea colloquy, Dr. Onugha was advised that he faces a maximum term of 15 years in prison, a maximum term of three years of supervised release, a maximum fine of $250,000, and a special monetary assessment of $100. As it turns out, Dr. Onugha was advised incorrectly about the maximum term of supervised release.

A violation of § 2243(b) is a class C felony because it carries a maximum

term of 15 years in prison. *See* 18 U.S.C. § 3559(a)(3). A class C felony ordinarily carries a three-year maximum term of supervised release. *See* 18 U.S.C. § 3583(b)(2). But an exception applies for violations of 18 U.S.C. § 2243. A defendant who violates § 2243 must be sentenced to at least a five-year term of supervised release and may be sentenced to a life term. *See id.* §3583(k).

So that Dr. Onugha may be advised correctly,

IT IS ORDERED:

1. Dr. Onugha's attorney must advise him by June 15, 2010, that this order has been entered and that the maximum term of supervised release that may be imposed in this case is life.

2. Dr. Onugha may move to withdraw his guilty plea based on the incorrect advice on the maximum term of supervised release. Any such motion must be filed by June 22, 2010. If such a motion is filed, the clerk must promptly set it for hearing.

3. If Dr. Onugha does not elect to move to withdraw the guilty plea, his attorney must file by June 22, 2010, a notice confirming that the attorney has complied with paragraph 1 and that Dr. Onugha does not wish to withdraw the plea.

4. A hearing on this issue will be set promptly on either side's request.

SO ORDERED on May 29, 2010.

            <u>s/Robert L. Hinkle</u>
            United States District Judge