# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 4:10cr19-RH/WCS

GODFREY ONUGHA,

      Defendant.

_____/

## ORDER REQUIRING THE DEFENDANT'S
## ATTORNEY TO FILE HIS PAST-DUE NOTICE

The defendant's attorney R. Timothy Jansen must promptly file the notice required by paragraph 3 of the order of May 29, 2010 (ECF No. 23). The notice was due on June 22, 2010.

SO ORDERED on June 28, 2010.

                                                     s/Robert L. Hinkle
                                                     United States District Judge